MICHAEL LINDSAY (CA BAR NO. 110845)                                  JS-6
mlindsay@nixonpeabody.com
MICHAEL CURTIS (CA BAR NO. 252392)
mcurtis@nixonpeabody.com
ERIN HOLYOKE (CA BAR NO. 288137)
eholyoke@nixonpeabody.com
NIXON PEABODY LLP
555 West Fifth Street, 46th Floor
Los Angeles, California 90013-1010
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS
AND SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP

CHARLES T. MATHEWS (CA BAR NO. 55889)
GEORGE S. AZADIAN (CA BAR NO. 253342)
George@mathewslawgroup.com
ZACK I. DOMB (CA BAR NO. 265185)
THE MATHEWS LAW GROUP
37 E. Huntington Drive, Suite A
Arcadia, California 91006
Tel: 626-683-8291

Attorneys for Plaintiff
LORIE BEAUPRE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE BEAUPRE, an individual, | Case No.: CV14-6486 RGK |
| Plaintiff, | **[PROPOSED] ORDER TO REMAND** |
| vs. | Honorable R. Gary Klausner |

| | |
|---|---|
| 1 | KAISER FOUNDATION HEALTH PLAN, INC., a corporation; KAISER FOUNDATION HOSPITALS, a corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; and DOES 1 through 10 inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

**[PROPOSED] ORDER**

Pursuant to the Parties Stipulation to Remand This Action to State Court, it is HEREBY ORDERED:

1. Pursuant to the terms of the Parties' Stipulation to Remand dated September 5, 2014, this Action is remanded to the Superior Court of the State of California, County of Los Angeles.

2. No costs or attorneys' fees shall be assessed against either party in connection with the removal and remand of this Action.

3. A certified copy of this order shall be mailed by the Clerk of this court to the Clerk of the Superior court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

DATED: September 8, 2014

_____
R. Gary Klausner
United States District Judge